## Case No. 10,742.

### PARKER v. McLENNAN.

[The case reported under above title in 2 Mich. Lawy. 12, is the same as Case No. 5,-334.]